Case: **2:26–cv–02011**
Assigned To : **Lipman, Sheryl H.**
Referral Judge: **Christoff, Annie T.**
Assign. Date : **1/6/2026**
Description: **Hancox v. Nandrajog**